WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Jonathan D. Fink, Esq., SBN 110615
Yelena Cayton, Esq., SBN 258380
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel. (949) 477-5050; Fax (949) 477-9200
jfink@wrightlegal.net; hcayton@wrightlegal.net

Attorneys for Defendants, OCWEN LOAN SERVICING, LLC and BANK OF AMERICA, N.A.

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RUBIO,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>BANK OF AMERICA NATIONAL ASSOCIATION, a National Banking Association, OCWEN LOAN SERVICING LLC, WESTERN PROGRESSIVE LLC and DOES 1 to 25, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:15-cv-00989-JAH-MDD<br><br>[Hon. John A. Houston]<br><br>**NOTICE OF MOTION**<br><br>**FRCP RULE 12(b)(6)**<br><br>**Date:  June 29, 2015**<br>**Time: 2:30 pm**<br>**Ctrm: 13B**<br><br>Complaint Filed: February 18, 2015<br><br>*Filed concurrently with Motion and Request for Judicial Notice* |

-1-
NOTICE OF MOTION

1  **TO THIS HONORABLE COURT, AND TO ALL PARTIES AND
2  THEIR ATTORNEYS OF RECORD, IF ANY:**

3      **PLEASE TAKE NOTICE** that, on June 29, 2015 at 2:30 p.m., in
4  Courtroom 13B of the above-referenced Court, located at 333 West Broadway,
5  San Diego, CA 92101, Defendants OCWEN LOAN SERVICING, LLC
6  ("Ocwen") and BANK OF AMERICA, N.A. ("BANA") (collectively,
7  "Defendants") will move this Court, pursuant to FRCP Rule 12(b)(6), for an Order
8  dismissing the complaint ("Complaint") of Plaintiff ROBERT RUBIO ("Plaintiff"
9  or "Rubio") for failure to state a claim upon which relief can be granted. This
10 Motion will be made on the grounds that, reviewing the non-conclusory
11 allegations of the Complaint, Plaintiff has failed to plead the essential facts which
12 give rise to his claims and/or the claims are barred on their fact and/or as a result
13 of matters which may properly be judicially noticed by the Court.

14     This Motion will be based upon this Notice, the attached memorandum of
15 points and authorities, the complete files and records in this action, the documents
16 of which this Court is being requested to take judicial notice, the oral argument of
17 counsel and such other and further evidence as the Court might deem proper.

18                                             Respectfully submitted,
19                                             **WRIGHT, FINLAY & ZAK, LLP**

22 Dated: May 8, 2015           By:   */s/ T. Robert Finlay*
23                                               T. Robert Finlay, Esq.
                                                Jonathan D. Fink, Esq.
24                                                 Yelena Cayton, Esq.
25                                                 Attorney for Defendants, OCWEN
                                                LOAN SERVICING, LLC and
26                                                 BANK OF AMERICA, N.A.

## PROOF OF SERVICE

I, Gretchen Grant, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On May 8, 2015, I served the within **NOTICE OF MOTION** on all interested parties in this action as follows:

Stephen F. Lopez, Esq.
Stephen F. Lopez, Esq. APC
600 B. Street, Suite 2230
San Diego, CA  92101
(858) 682-9666
Steve@sflopesq.com
**Attorney for Plaintiff**

[ ]  by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

[ ]  (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]  (BY GOLDEN STATE OVERNIGHT- NEXT DAY DELIVERY) I placed true and correct copies thereof enclosed in a package designated by Golden State Overnight with the delivery fees provided for.

[X]  (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E).

[X]  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 8, 2015, at Newport Beach, California.

_____
Gretchen Grant

1

**PROOF OF SERVICE**